UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**F I L E D**
DEC - 6 2012
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                           INDICTMENT NO. 5:12-CR-139-KSF

H13-014 m
1-9-13 NJ

CARLOS AGUILAR ALVAREZ,
DANIEL CHRISTINE-TANI, and
ANGELO RODRIGUEZ MENDEZ,
   aka DAVID GOMES RODRIGUEZ

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 286**

On or about August 21, 2010, and continuing through on or about February 28, 2011, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**CARLOS AGUILAR ALVAREZ,
DANIEL CHRISTINE-TANI, and
ANGELO RODRIGUEZ MENDEZ,
aka DAVID GOMES RODRIGUEZ**

knowingly and voluntarily agreed, combined, and conspired to defraud the United States by obtaining and aiding to obtain the payment and allowance of false, fictitious, and fraudulent claims by submitting false claims for income tax refunds with the United States Department of Treasury through the Internal Revenue Service using, without lawful authority, the means of identification of other persons.

The conspiracy was accomplished, in part, by the following acts:

1. On or about August 21, 2010, and August 23, 2010, **CARLOS AGUILAR ALVAREZ, DANIEL CHRISTINE-TANI, and ANGELO RODRIGUEZ MENDEZ, aka DAVID GOMES RODRIGUEZ,** rented private mailboxes at retail packing and shipping stores in Lexington, Kentucky.

2. On or about September 17, 2010, **CARLOS AGUILAR ALVAREZ, DANIEL CHRISTINE-TANI, and ANGELO RODRIGUEZ MENDEZ, aka DAVID GOMES RODRIGUEZ,** mailed to the Internal Revenue Service in Austin, Texas, individual income tax returns on which they had listed names and Social Security numbers of residents of Puerto Rico, addresses of the private mailboxes that they had rented in Lexington, Kentucky, and false claims for tax refunds.

3. On or about October 28, 2010, and December 15, 2010, **CARLOS AGUILAR ALVAREZ** retrieved United States Treasury tax refund checks from the private mailboxes in Lexington, Kentucky.

4. On or about February 28, 2011, during a telephone conversation, **CARLOS AGUILAR ALVAREZ** directed an employee of a retail packing and shipping store in Lexington, Kentucky, to mail a United States Treasury tax refund check to him in Houston, Texas.

All in violation of 18 U.S.C. § 286.

## COUNTS 2-11
## 18 U.S.C. § 1341
## 18 U.S.C. § 2

On or about the dates listed below, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**CARLOS AGUILAR ALVAREZ,**
**DANIEL CHRISTINE-TANI, and**
**ANGELO RODRIGUEZ MENDEZ,**
**aka DAVID GOMES RODRIGUEZ,**

aiding and abetting each other, having devised a scheme to defraud the United States by filing with the Internal Revenue Service individual income tax returns with false claims for tax refunds in the names of the taxpayers and for the tax years listed below, for the purpose of executing the scheme to defraud, knowingly caused to be delivered by mail United States Treasury tax refund checks to the addresses listed below.

| Count | Date | Taxpayer's Initials | Tax Year | Address |
|---|---|---|---|---|
| 2 | October 15, 2010 | R.F.T. | 2008 | 1555 E. New Circle Road Suite 142, Apt. 132 Lexington, Kentucky 40509 |
| 3 | October 15, 2010 | R.F.T. | 2009 | 1555 E. New Circle Road Suite 142, Apt. 132 Lexington, Kentucky 40509 |
| 4 | October 15, 2010 | A.L.A.F. | 2008 | 3070 Lakecrest Circle Suite 400, Apt. 223 Lexington, Kentucky 40513 |
| 5 | October 15, 2010 | L.J.P.R. | 2009 | 2901 Richmond Road Suite 130, Apt. 164 Lexington, Kentucky 40509 |
| 6 | October 15, 2010 | L.M.R.P. | 2009 | 2901 Richmond Road Suite 130, Apt. 143 Lexington, Kentucky 40509 |

| 7 | October 15, 2010 | E.I.S.C. | 2009 | 3070 Lakecrest Circle Suite 400, Apt. 188 Lexington, Kentucky 40513 |
| 8 | October 15, 2010 | M.G.R. | 2009 | 2220 Nicholasville Road Suite 110, Apt. 294 Lexington, Kentucky 40503 |
| 9 | October 15, 2010 | M.J.M.H. | 2008 | 3070 Lakecrest Circle Suite 400, Apt. 188 Lexington, Kentucky 40513 |
| 10 | October 22, 2010 | M.J.M.H. | 2009 | 3070 Lakecrest Circle Suite 400, Apt. 188 Lexington, Kentucky 40513 |
| 11 | February 25, 2011 | M.C.G.G. | 2010 | 3070 Lakecrest Circle Suite 400, Apt. 203 Lexington, Kentucky 40513 |

Each in violation of 18 U.S.C. § 1341 and 18 U.S.C. § 2.

## COUNTS 12-21
## 18 U.S.C. § 1028A(a)(1)
## 18 U.S.C. § 2

On or about the dates listed below, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**CARLOS AGUILAR ALVAREZ,**
**DANIEL CHRISTINE-TANI, and**
**ANGELO RODRIGUEZ MENDEZ,**
**aka DAVID GOMES RODRIGUEZ,**

aiding and abetting each other, knowingly possessed and used, without lawful authority, means of identification of other persons, that is, names and Social Security numbers listed below, during and in relation to the mail fraud counts charged in this indictment as listed below.

4

Case: 5:12-cr-00139-KSF   Doc #: 1   Filed: 12/06/12   Page: 5 of 6 - Page ID#: 5

| Count | Date | Initials of Name | Last Four Digits of Social Security Number | Mail Fraud Count |
|---|---|---|---|---|
| 12 | September 17, 2010 | R.F.T. | 6547 | 2 |
| 13 | September 17, 2010 | R.F.T. | 6547 | 3 |
| 14 | September 17, 2010 | A.L.A.F. | 1512 | 4 |
| 15 | September 17, 2010 | L.J.P.R. | 8841 | 5 |
| 16 | September 17, 2010 | L.M.R.P. | 9925 | 6 |
| 17 | September 17, 2010 | E.I.S.C. | 4230 | 7 |
| 18 | September 17, 2010 | M.G.R. | 9664 | 8 |
| 19 | September 17, 2010 | M.J.M.H. | 9045 | 9 |
| 20 | September 17, 2010 | M.J.M.H. | 9045 | 10 |
| 21 | January 25, 2011 | M.C.G.G. | 5205 | 11 |

Each in violation of 18 U.S.C. § 1028A(a)(1) and 18 U.S.C. § 2.

**A TRUE BILL**

*[signature]*

**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

5

Case 5:12-cr-00139-KSF Document 1 Filed 12/06/12 Page 8 of 6 Page ID#: 6
Case 4:13-mj-00014-SF Document 1 Filed 12/06/12 Page 8 of 6 Page ID#: 6

## PENALTIES

**COUNT 1:**  Not more than imprisonment for 10 years, fine of $250,000 or twice amount of loss, and supervised release for 3 years.

**COUNTS 2-11:**  Not more than imprisonment for 20 years, fine of $250,000, and supervised release for 3 years.

**COUNTS 12-21:**  Mandatory term of imprisonment for 2 years to run consecutively to any other term of imprisonment on Counts 1 through 11; terms of imprisonment on Counts 12 through 21 may run concurrently, in whole or in part, with each other; and not more than fine of $250,000 fine and supervised release for 1 year.

**PLUS:**  Mandatory special assessment of $100 per count.

**PLUS:**  Restitution, if applicable.